Kamer Zucker & Abbott
Carol Davis Zucker         #2543
Jody M. Florence           #6645
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646

Attorneys for Defendant
Primex Plastics Corporation

2005 MAR 25  P 3: 46

MZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK DOYLE, individually, and on behalf of all others similarly situated; STEVE DELANO, individually, and on behalf of all others similarly situated; EUGENE EVERETT, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRIMEX PLASTICS CORPORATION, a New Jersey Corporation; ICC INDUSTRIES, INC., a New Jersey Corporation; DOES and ROES 1-100; inclusive, <br><br> Defendants. | Case No. CV-S-03-0970-JCM (PAL) <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Order entered March 22, 2005, the parties, by and through their respective counsel of record, hereby advise the Court as follows:

1. As to the depositions of the Plaintiffs taken by Defendant Primex, the subject of the discovery dispute prompting Defendant's counsel's record, the depositions were rescheduled and taken pursuant to the schedule proposed by Plaintiffs with some adjustments;

44

2. The parties have separately agreed to a Stipulated Protective Order governing use of personnel information regarding non-party Primex employees, to be filed with the Court next week;

3. As part of the agreement referenced in Paragraph 2, supra, the parties have agreed that Defendant Primex will provide a list of current Mesquite facility over-the-road truck drivers other than the Plaintiffs, with identifying information, which will be covered by the parties' proposed Stipulated Confidentiality Order even though the list will be produced prior to the time that Order will have been entered by the Court;

4. The parties have scheduled a number of depositions, including some requiring travel to Indiana. Due to pre-scheduled depositions, hearings and court appearances, and other deadlines in other cases handled by the respective parties' attorneys, the parties are unable to schedule several needed depositions prior to the end of the current discovery period. As a result, the parties anticipate filing a Stipulation and Order to extend discovery for purposes of these depositions and have been working on a schedule for same. The parties anticipate filing this Stipulation and Order next week, once the schedule has been worked out.

DATED: March 25, 2005.

**NELSON LAW FOUNDATION**

By: _____
Sharon L. Nelson     #6433
401 North Buffalo, Suite 202
Las Vegas, NV 89145
Tel. (702) 247-4529
Fax (702) 737-4529

Attorneys for Plaintiffs
Patrick Doyle, Steve Delano
and Baxter Everett

DATED: March 25, 2005.

**KAMER ZUCKER & ABBOTT**

By: _____
Carol Davis Zucker    #2543
Jody M. Florence      #6645
Chantel D. Carmouche  #7640
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646

Attorneys for Defendant
Primex Plastics Corporation